UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 10-20801-CR-JORDAN

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) |
| | ) |
| RAMIRO JERMAINE MONCUR | ) |
| | ) |

### ORDER ON MR. MONCUR'S MOTION TO SUPPRESS

Upon a de novo review of the record, I adopt Magistrate Judge O'Sullivan's report and recommendation [D.E. 144]. Accordingly, Mr. Moncur's motion to suppress [D.E. 107] is denied as to the cell phones, denied as moot as to the marijuana residue, and granted as to the scale.[1]

DONE and ORDERED in chambers in Miami, Florida, this 29th day of August, 2011.

_____
Adalberto Jordan
United States District Judge

Copy to: Magistrate Judge O'Sullivan
All counsel of record

---

[1] Mr. Moncur did not file any objections to the report. The government did file objections, but they pertain only to whether Mr. Moncur had a reasonable expectation of privacy in the cell phones [D.E. 146]. Given that the motion to suppress is denied as to the cell phones, it is unnecessary to address the government's objections.