# UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

FILED by _____ D.C.

JUL 10 2014

STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

For rules and forms visit
www.ca11.uscourts.gov

July 01, 2014

Steven M. Larimore
U.S. District Court
400 N MIAMI AVE
MIAMI, FL 33128-1810

Appeal Number: **12-11389-EE**
Case Style: USA v. Ramiko Moncur
District Court Docket No: 1:10-cr-20801-JAG-4

The following record materials in the referenced case are returned herewith:

Ten volumes of Record of Appeal, One folder of Exhibits, and One PSI.

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Benjamin Scott
Phone #: (404) 335-6115

(2) Vols Pldgs
(8) Vols Transcripts
(1) Acc Folder.
(1) PSI

REC-3 Ltr Returning Record to DC